# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

YOUA YANG,

          Plaintiff,

vs.

CAPITAL ONE BANK (USA), N.A.,

          Defendant.

Case No.: 2:19-cv-00491-JPS

*ELECTRONICALLY FILED*

     Plaintiff Youa Yang ("Plaintiff") and Defendant Capital One Bank (USA), N.A., ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all of Plaintiff's claims in this action against Defendant WITH PREJUDICE, with each party to bear its own costs and fees.

JOINTLY SUBMITTED:

*/s/ Karla M. Vehrs (with permission)*
Karla M. Vehrs
BALLARD SPAHR LLP
80 South 8th Street 2000 IDS Center
Minneapolis, MN 55402
Telephone: (612) 371-2449
Fascimile: (612) 371-3207
vehrsk@ballardspahr.com
*COUNSEL FOR DEFENDANT*

*/s/ Adams T. Hill*
Adam T. Hill
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Rd., Suite 310
Corona, CA 92880
Tel. (657) 236-3525
E: adamh@jlohman.com
*COUNSEL FOR PLAINTIFF*

- 1 -
JOINT STIPULATION OF DISMISSAL

# CERTIFICATE OF SERVICE

I certify that on the 12th day of February 2020, I filed the foregoing Joint Stipulation of Dismissal using this Court's CM/ECF system which will provide notice to the following attorneys of record:

Karla M. Vehrs
BALLARD SPAHR LLP
80 South 8th Street 2000 IDS Center
Minneapolis, MN 55402
Telephone: (612) 371-2449
Fascimile: (612) 371-3207
vehrsk@ballardspahr.com

*/s/ Adam T. Hill*
Adam T. Hill
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310
Corona, CA 92880
T: (657) 236-3525
E: adamh@jlohman.com
*COUNSEL FOR PLAINTIFF*

- 3 -
JOINT STIPULATION OF DISMISSAL