# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

YOUA YANG,

                    Plaintiff,

v.

CAPITAL ONE BANK USA N.A.,

                    Defendant.

Case No. 19-CV-491-JPS

# ORDER

On February 12, 2020, the parties filed a joint stipulation of dismissal of this action with prejudice and without costs or fees assessed to any party. (Docket #11). The Court will adopt that stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' joint stipulation of dismissal (Docket #11) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice** and without costs to any party.

Dated at Milwaukee, Wisconsin, this 13th day of February, 2020.

BY THE COURT:

_____

J. P. Stadtmueller
U.S. District Judge